# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF KENTUCKY

| | |
|---|---|
| **UEC HOLDINGS, INC.** | |
| Plaintiff, | CIVIL ACTION NO. 3:25-cv-731-DJH |
| v. | |
| **STEVEN MARK HATCHER,** **KENT POWER, INC. and TROY KENT** | |
| Defendants. | |

## CORRECTED JOINT PROPOSED WITNESS & EXHIBIT STATEMENT (PRELIMINARY INJUNCTION HEARING)

Pursuant to the Court's directive, the parties jointly submit the following proposed statement identifying anticipated witnesses, exhibits, and the estimated duration of the preliminary-injunction hearing.

**I.  Witness List**

Plaintiff anticipates calling the following witnesses at the preliminary-injunction hearing:

1. Defendant Steven "Mark" Hatcher – Former Vice President, Utility Division, United Electric.

2. Defendant Troy Kent – President, Kent Power, Inc.

3. Mitch Ashbrook – Chief Financial Officer, UEC Holdings, Inc.

*Defendants have agreed to produce Mr. Hatcher and Mr. Kent without a subpoena or notice to attend.

Because Plaintiff bears the burden of proof, Defendants do not anticipate calling any witnesses other than those listed above. Plaintiff's counsel has accepted service of a subpoena on Mr. Ashbrook.

## II.     Exhibit List

Plaintiff expects to introduce the following exhibits at the preliminary-injunction hearing:

1. Employment Agreement of Steven "Mark" Hatcher
2. Stock Appreciation Rights (SAR) Agreement of Steven "Mark" Hatcher
3. Certification of Scott Walsh
4. Text-message communications between Hatcher and Troy Kent
5. Text-message communications between Hatcher and Adam Reynolds, former Safety Director for United Electric
6. Text-message communications between Hatcher and Bill Harper, Sr. Manager Gas and Electric, LG&E
7. Cease-and-Desist Letters dated October 15, 2025, issued to Hatcher and Kent Power
8. Kent Power's Response Letter dated October 24, 2025

Several of Plaintiff's text-message exhibits contain alleged confidential information and trade secrets. After conferring with counsel for Defendant, Plaintiff will move the Court to seal the text-message exhibits.

Defendants intend to introduce as exhibits Mr. Hatcher's paystub and W-2.  Defendant takes no position regarding any request to seal text messages.

## III.    Estimated Length of Time

Plaintiff anticipates that the preliminary-injunction hearing will require approximately one full day. Defendants anticipate that the hearing will require ½ of a day.

| WICKER / BRAMMELL, PLLC | COHEN SEGLIAS PALLAS |
|---|---|
| */s/ Kent Wicker, Esquire* | */s/ Lori W. Azzara, Esquire* |
| **KENT WICKER, ESQ.** | **LORI W. AZZARA, ESQ.** (I.D. 91865) |
| **KAYLA M. CAMPBELL, ESQ.** | **JONATHAN LANDESMAN, ESQ.*** |
| 323 West Main Street, 11th Floor, Suite 2100 | **LEIGH NAZZARIO, ESQ.*** |
| Louisville, Kentucky 40202 | 626 Washington Place, Suite 1902 |
| Phone: (502) 780-6185 | Pittsburgh, PA  15219 |
| Email: Kent@wickerbrammell.com | Phone: (412) 434-5530 |
| Kayla@wickerbrammell.com | Email: lazzara@cohenseglias.com |
| | jlandesman@cohenseglias.com |
| | lnazzario@cohenseglias.com |
| | *Counsel for Plaintiff* |
| **MILLER JOHNSON** | |
| | *Admitted Pro Hac Vice |
| */s/ James R. Peterson, Esquire* | |
| **JAMES R. PETERSON, ESQ.** (P43102) | |
| **D. ANDREW PORTINGA, ESQ.** (P55804) | |
| 45 Ottawa Avenue SW, Suite 1100 | |
| PO Box 306 | |
| Grand Rapids, Michigan 49501-0306 | |
| Phone: (616) 831-1700 | |
| Email: petersonj@millerjohnson.com | |
| portingaa@millerjohnson.com | |
| *Counsel for Defendants* | |

Dated:  November 25, 2025