FILED
JAMES J. VILT, JR. - CLERK

DEC - 4 2025

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

UNITED STATES DISTRICT COURT
Western District of Kentucky
**EXHIBIT INVENTORY**

**CASE NUMBER:** 3:25-CV-00731-DJH
**STYLE OF CASE:** UEC Holdings, Inc., et al. v. Steven Mark Hatcher, et al.

Received from: D. Legg     Received by: _D W Rhner_     Date: 12/4/2025

**PROCEEDINGS:** Preliminary Injunction Hearing (12/01/25)

**Plaintiff**
1 – Employment Agreement
2 – Stock Appreciation Right Agreement
3 – Certification of Scott Walsh
4 – text messages (SEALED)
5 – text messages
6 – text messages
7 – cease and desist letters
8 – response to cease and desist letters

**Defendant**
12 – General Commercial Agreement
13 – Transmission Line Overhead
    Construction Services

DISPOSITION OF EXHIBITS:
ITEMS: _____
RECEIVED BY: _____ DATE: _____
RETURNED BY: _____ DATE: _____
ITEMS: _____
RECEIVED BY: _____ DATE: _____
RETURNED BY: _____ DATE: _____

OTHER DISPOSITON: _____
DATE: _____ RETURNED BY: _____ Deputy Clerk