UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY

| | |
|---|---|
| UEC Holdings, Inc. and United Electric Company, Inc., | Case No. 3:25-cv-00731 |
| Plaintiffs, | Hon. David J. Hale |
| v | |
| Steven Mark Hatcher, Kent Power, Inc., and Troy Kent, | |
| Defendants. | |

## Defendants' Response to Plaintiffs' Motion to Compel Enforcement of the TRO and Preliminary Injunction

Plaintiffs' assertion that Defendants are in violation of the Preliminary Injunction is incorrect. Defendants are fully in compliance with the injunction.

Kent Power is not currently performing any work for Louisville Gas & Electric (or any other customer of Plaintiffs). Nor is any work currently scheduled. LG&E did request a meeting with Kent Power for next week to discuss commencing transmission work, but Kent Power declined the meeting because of this Court's injunction. Further, LG&E has been informed of the Court's injunction.

Plaintiffs complain that Kent Power has not withdrawn any bids or proposals to LG&E. But there are no bids or proposals to withdrawal. As the Court heard at the preliminary injunction hearing, Kent Power submitted a bid for a transmission line overhead construction services at the beginning of 2025 (see Trial Exhibit 13). Final proposals were due on January 29, 2025, and the bid process closed then.

LG&E accepted Kent Power's proposal and awarded a contract to Kent Power. But due to the Court's Injunction, the contract has not been signed and no work has been performed or scheduled.

Plaintiff also asserts that it "would be inappropriate [for Defendants] to conduct meetings with LG&E in light of the Court's Preliminary Injunction." (PageID.673). Nothing in the Court's order prevents Defendants from meeting with LG&E. Even so, no meetings are currently scheduled.

Plaintiff's motion should be denied.

Dated: December 11, 2025     By   /s/ D. Andrew Portinga
                                  D. Andrew Portinga (P55804)
                                  James R. Peterson (P43102)
                                  Amanda L. Rauh-Bieri (P83615)
                                  Admitted *Pro Hac Vice*
                                  MILLER JOHNSON
                                  45 Ottawa Avenue SW, Suite 1100
                                  PO Box 306
                                  Grand Rapids, Michigan 49501-0306
                                  (616) 831-1700
                                  portingaa@millerjohnson.com
                                  petersonj@millerjohnson.com
                                  rauhbieria@millerjohnson.com

                                  *Attorneys for Defendants*