**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**

*Electronically Filed*

| | | |
|---|---|---|
| **UEC HOLDINGS, INC.,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **CASE NO. 3:25-CV-00731-DJH** |
| **v.** | ) | |
| | ) | |
| **STEVEN MARK HATCHER,** *et al.* | ) | |
| | ) | |
| Defendants. | ) | |

---

### NOTICE OF WITHDRAWAL

---

Kayla M. Campbell hereby respectfully provides notice that she is withdrawing as counsel for Defendants Steven Mark Hatcher, Kent Power, Inc. and Troy Kent.   Counsel withdraws on the grounds that she is leaving private practice for government service.  Kent Wicker of Wicker / Brammell PLLC and D. Andrew Portinga and James R. Peterson of Miller Johnson remain attorneys of record.  Pursuant to Local Rules, Defendants have been notified of this withdrawal.

Respectfully submitted,

*/s/ Kayla M. Campbell*
Kent Wicker
Kayla M. Campbell
WICKER / BRAMMELL PLLC
323 West Main Street, 11th Floor
Louisville, KY 40202
Telephone: (502) 780-6185

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on March 9th, 2026, I filed a copy of the foregoing motion via the Court's CM/ECF system and thereby served a copy on all counsel of record.

/s/ *Kayla M. Campbell*
Kayla M. Campbell