**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**

| | | |
|---|---|---|
| **UEC HOLDINGS, INC. and UNITED ELECTRIC COMPANY, INC.,** | : | |
| **Plaintiffs,** | : | |
| **v.** | : | **Case No.: 3:25-cv-00731-DJH-CHL** |
| **STEVEN MARK HATCHER, KENT POWER, INC. and TROY KENT,** | : | |
| **Defendants.** | : | |

## NOTICE OF SUBSTITUTION OF COUNSEL

Come now Defendants, Steven Mark Hatcher, Kent Power, Inc. and Troy Kent ("Defendants"), through counsel, and hereby give notice that Abigail E. Board of the law firm of Gordon Rees Scully Mansukhani, LLP, is hereby substituted by Kaeli McCarty Smit of the law firm of Gordon Rees Scully Mansukhani, LLP. It is respectfully requested that Kaeli McCarty Smit be added to the service list of this action and that all future and further pleadings and correspondence pertaining to the above-entitled matter shall be served upon counsel and remove Abigail E. Board for these Defendants. Megan P. Keane and Sophia N. Wilson, also of Gordon Rees Scully Mansukhani, LLP, shall also remain Counsel of Record for Defendants.

**Dated: September 1, 2026.**

Respectfully Submitted,

/s/ *Sophia N. Wilson*

Megan P. Keane
Sophia N. Wilson
Kaeli McCarty Smit
**GORDON REES SCULLY MANSUKHANI LLP**
**325 West Main Street, Suite 2300**
**Louisville, KY 40202**
T: 502-371-1265
T: 502-371-1266
**mkeane@grsm.com**
**snwilson@grsm.com**
**ksmit@grsm.com**
*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on the **1st** day of **September 2026**, a true and correct copy of the foregoing ***Notice of Substitution of Counsel*** was served via electronic service to all parties of record through the Court's CM/ECF system.

/s/ *Sophia N. Wilson*

Sophia N. Wilson
*Counsel for Defendants*