**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**
**CIVIL ACTION NO. 3:25-CV-00731-DJH-CHL**

**UEC HOLDINGS, INC., et al.,** **Plaintiffs,**

**v.**

**STEVEN MARK HATCHER, et al.,** **Defendants.**

**ORDER**

This matter is set for an in person settlement conference on November 9, 2026, at 10:00 AM ET. Defendants' counsel is requesting that the Court permit their insurance adjuster to participate in the same via Zoom.

Accordingly,

IT IS HEREBY ORDERED that Defendants' variance request is **GRANTED**. Defendants' insurance adjuster may participate in the November 9, 2026, settlement conference via Zoom. Defendants' counsel who attend the settlement conference in person are responsible for bringing a zoom-capable device to the conference for purposes of the adjuster's participation. The Court will provide a secure Zoom link.

Colin H Lindsay, Magistrate Judge
United States District Court

October 15, 2026

cc: Counsel of record