**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF KENTUCKY**

| | | |
|---|---|---|
| **UEC HOLDINGS, INC. and UNITED ELECTRIC COMPANY, INC.** | : | |
| **Plaintiffs,** | : | **CIVIL ACTION NO . 3:25-CV-00731-DJH-CHL** |
| **v.** | : | |
| **STEVEN MARK HATCHER, KENT POWER, INC. and TROY KENT** | : | |
| **Defendants.** | : | |

**AGREED ORDER EXTENDING DISCOVERY DEADLINES**

This matter is before the Court on the parties' joint request to amend the Scheduling Order. In light of the Settlement Conference scheduled before The Honorable Magistrate Judge Colin H. Lindsay on November 9, 2026, the parties have postponed the depositions of the parties and other fact witnesses that were noticed for October 2026. The parties have conferred and agree that good cause exists to modify the deadlines so that there is sufficient time to complete discovery, expert disclosures, and dispositive motion practice, pending the outcome of the Settlement Conference. Being otherwise sufficiently advised, and by agreement of the parties, the Court hereby **ORDERS** as follows:

1. The deadline for completion of all fact discovery is extended to February 26, 2027.

2. Plaintiffs' expert disclosures pursuant to Fed. R. Civ. P. 26(a)(2) are due no later than March 12, 2027.

3. Defendants' expert disclosures pursuant to Fed. R. Civ. P. 26(a)(2) are due no later than March 26, 2027.

4. The deadline for completion of expert discovery is extended to April 26, 2027

5. The deadline for filing dispositive motions is extended to May 27, 2027 and any motions objection to the admissibility of expert witness testimony.

6. Except as expressly modified herein, all other deadlines and provisions of the Scheduling Order shall remain in full force and effect.

Agreed on this 5th day of November 2026:

**COHEN SEGLIAS PALLAS GREENHALL & FURMAN, P.C.**

/s/ *Jonathan Landesman, Esquire*
**JONATHAN LANDESMAN, ESQUIRE***
**LORI W. AZZARA, ESQUIRE**
**LAUREN N. BESS, ESQUIRE***
626 Washington Place, Suite 1902
Pittsburgh, PA 15219
Phone: (412) 434-5530
E-Mail: lazzara@cohenseglias.com
jlandesman@cohenseglias.com
lbess@cohenseglias.com

*Counsel for Plaintiffs*

** Admitted Pro-Hac Vice*

**GORDON REES SCULLY MANSUKHANI LLP**

/s/ *Megan P. Keane, Esquire*
**MEGAN P. KEANE, ESQUIRE**
**SOPHIA N. WILSON, ESQUIRE**
**KAELI MCCARTY SMIT, ESQUIRE**
325 West Main Street, Suite 2300
Louisville, KY 40202
T: 502-371-1265
T: 502-371-1266
E-mail: mkeane@grsm.com
snwilson@grsm.com
ksmit@grsm.com

*Counsel for Defendants*

**IT IS SO ORDERED.**
Entered this the _____ day of November 2026.

______________________________
**Colin H. Lindsay, Magistrate Judge**
**United States District Court**