**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**
**CIVIL ACTION NO. 3:25-CV-00731-DJH-CHL**

**UEC HOLDINGS, INC., et al.,** **Plaintiffs,**

**v.**

**STEVEN MARK HATCHER, et al.,** **Defendants.**

**SETTLEMENT CONFERENCE REPORT & ORDER**

On November 9, 2026, the undersigned conducted a settlement conference in the above matter with the following appearances:

FOR PLAINTIFFS: Jonathan Landesman; Lauren N. Bess; Scott Walsh

FOR DEFENDANTS: Megan P. Keane; Kaeli M. Smit; Mark Hatcher; Troy Kent

Although settlement discussions were conducted in good faith, the parties were unable to come to an agreement. The Parties requested additional, limited time to conduct targeted discovery. The Parties stated that they would like to focus on finalizing certain written discovery with the possibility of conducting additional depositions, all with the goal of reconvening for another settlement conference in approximately ninety days. The Court shall grant this request as set forth below, directing the Parties to file a joint status report informing the Court of its plan to complete the same. In the joint status report, the Parties shall indicate exactly how much additional time they require and outline their course of action during that time. Further, the Parties previously filed a Proposed Agreed Order Extending Discovery Deadlines. (DN 105.) In light of the agreed-to limited extension, the Court shall grant the proposed agreed order as set forth below.

Accordingly,

IT IS HEREBY ORDERED that on or before **November 20, 2026**, the Parties shall file a joint status report indicating how much additional time they require to complete the targeted discovery and their course of action within that time frame.

IT IS FURTHER ORDERED that the Proposed Agreed Order Extending Discovery Deadlines (DN 105) is **GRANTED**.

IT IS FURTHER ORDERED that the telephonic status conference set for **December 1, 2026, at 9:30 AM is REMANDED** from the Court's docket.

Colin H Lindsay, Magistrate Judge
United States District Court

November 13, 2026

cc: Counsel of record

:7:30