**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**
***Electronically Filed***

UEC HOLDINGS, INC. and
UNITED ELECTRIC COMPANY, INC.,

Plaintiffs,

v.

KENT POWER, INC., TROY KENT, and
STEVEN MARK HATCHER

Defendants.

No. 3:25-cv-00731-DJH-CHL

---

**JOINT STATUS REPORT**

---

Plaintiffs UEC Holdings, Inc. and United Electric Company, Inc. ("Plaintiffs") and Defendants Steven Mark Hatcher, Kent Power, Inc., and Troy Kent ("Defendants") (together, the "Parties"), by counsel, submit this Joint Status Report under the Court's Settlement Conference Report & Order entered November 16, 2026 (DN 107).

1. On November 9, 2026, the Court held a settlement conference. The Parties did not reach a settlement. They asked for additional, limited time to conduct targeted discovery, focused on finalizing certain written discovery and possibly taking additional depositions, so that they could reconvene for another settlement conference in about ninety days. (DN 107.)

2. The Court directed the Parties to file a joint status report by November 20, 2026, stating how much additional time they need to complete the targeted discovery and what they plan to do during that time. (DN 107). The Court also granted the Parties' Proposed Agreed Order Extending Discovery Deadlines (DN 105). Under that order, fact discovery closes February 26,

2027; Plaintiffs' expert disclosures are due March 12, 2027; Defendants' expert disclosures are due March 26, 2027; expert discovery closes April 26, 2027; and dispositive and expert-admissibility motions are due May 27, 2027. (DN 105).

3. **Status of the Parties' conference on targeted discovery.** Since the settlement conference, counsel have been trying to schedule a conference to identify the targeted discovery and agree on a plan for completing it. Because of scheduling conflicts, counsel have not yet been able to meet. The Parties have agreed to meet and confer on or before **November 25, 2026 and will submit their Joint Status Report on or before December 1, 2026.**

4. **Additional time requested.** The Parties believe the targeted discovery can be completed within approximately ninety (90) days of the settlement conference, consistent with the timeframe they described to the Court, and within the current fact discovery deadline of February 26, 2027. The Parties do not request any further change to the deadlines in DN 105 at this time.

5. **Course of action.** During that period, the Parties plan to:

a. meet and confer by the date stated in Paragraph 3 to identify the specific written discovery to be finalized and any additional depositions to be taken;

b. complete outstanding written discovery, including supplemental responses and document productions;

c. schedule and take any agreed depositions of parties and fact witnesses; and

d. contact the Court's chambers to request a second settlement conference after the targeted discovery is complete, in or around February 2027.

6. If the Parties' conference shows that more time or a different plan is needed, the Parties will promptly file a supplemental status report or an appropriate motion.

Respectfully submitted,

/s/ *Kaeli Smit*

Megan P. Keane
Sophia N. Wilson
Kaeli McCarty Smit
Gordon Rees Scully Mansukhani, LLP
325 W. Main Street, Suite 2300
Louisville, KY 40202
mkeane@grsm.com
snwilson@grsm.com
ksmit@grsm.com
*Counsel for Defendants*

- and -

/s/ *Jonathan Landesman* (*w/permission*)

Jonathan Landesman
Lauren Bess
Cohen Seglias Pallas Greenhall & Furman, P.C.
626 Washington Place, Suite 1902
Pittsburgh, PA 15219
jlandesman@cohenseglias.com
lbess@cohenseglias.com
*Counsel for Plaintiffs*